UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,<br><br>Defendant. | Civil Action No. 19-2977 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 18, 2019, Plaintiff Montana Environmental Information Center and Defendant United States Office of Surface Mining Reclamation and Enforcement respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's June 6, 2019, FOIA request to Defendant seeking records, information, and communications between Defendant and the State of Montana and Western Energy Company regarding the expansion of a mine in Montana.  ECF No. 1.

Defendant reports that it has completed a search for records responsive to Plaintiff's request.  Defendant estimates that approximately 937 pages are responsive and that the agency can complete its response to Plaintiff in two installments, with an initial release scheduled for February 14, 2020, and the final release scheduled for March 31, 2020.

Defendant does not intend to file a motion for an *Open America* stay.  A *Vaughn* Index is likely, as Defendant expects to withhold certain information pursuant to FOIA Exemptions 3, 4, 5, and 7, 5 U.S.C. § 552(b)(3), (4), (5), (7).

The parties propose to file a further Joint Status Report on February 21, 2020.

Dated:  December 18, 2019    Respectfully submitted,

By:   /s/ *John R. Mellgren*
John R. Mellgren (D. D.C. Bar #OR0002)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon  97401
Telephone: (541) 359-0990
mellgren@westernlaw.org

Shiloh S. Hernandez (MT Bar No. 9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana  59601
Telephone: (406) 204-4861
hernandez@westernlaw.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*